Quashawn Sheridan #1192389
Name and Inmate Booking Number

High Desert State Prison
Place of Confinement

PO BOX 650
Mailing Address

Indian Springs NV 89070
City, State, Zip Code

| | FILED | | RECEIVED |
|---|---|---|---|
| | ENTERED | | SERVED ON |
| | | | COUNSEL/PARTIES OF RECORD |

MAY 19 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ RJ/o _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Quashawn Sheridan #1192389,
                   Plaintiff

vs.

(1) ERIC BARTON P3P ,

(2) _____ ,

(3) _____ ,

(4) _____ ,

(5) _____ ,
              Defendant(s).

### 2:25-cv-00879-ART-NJK

**CIVIL RIGHTS COMPLAINT**
**BY AN INMATE**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☒ Jury Trial Demanded

### A.    JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
    ☐ Other: _____

2) Institution/city where Plaintiff currently resides: High Desert State Prison LV NV

3) Institution/city where violation(s) occurred: Atlantic City New Jersey 08401

## B.    DEFENDANTS

1. Name of first Defendant: _Eric Barton_. The first Defendant is employed as:
_Parole Sgt_ at _P3P in Atlantic City NJ_

    (Position of Title)                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____.

    (Position of Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.

    (Position of Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.

    (Position of Title)                              (Institution)

5. Name of fifth Defendant: _____. The fifth Defendant is employed as:
_____ at _____.

    (Position of Title)                              (Institution)

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.    NATURE OF THE CASE

Briefly state the background of your case.

Officer Eric Barton conspired with Federal Informants and Federal Agents whom coerced him to violate me in May 2011 for an Alleged seat belt violation And He than began to have an Affair with my ex-fiance whom I was living together wife Domnique Ferere and He than began doing porn vides with Her

2

## D.    CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: _1st Amendments_ _4th, 5th, 6th, 8th, and 14th Amendments._

2. **Claim 1**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Medical care           ☐ Mail

   ☐ Disciplinary proceedings  ☐ Exercise of religion   ☐ Property

   ☐ Access to the court     ☐ Excessive force by officer  ☐ Retaliation

   ☐ Threat to safety       ☑ Other: _Cruel Unusual punishment, Due Process etc_

3. **Date(s) or date range** of when the violation occurred: _5-12-2011_.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   I was forced back to prison by parole sgt Eric Barton whom began to use my ex-fiance as a sex slave while I served the Remainder of my parole Sentence in prison he continuously had Informants come to my parole hearings And make false Allegations Against me so that I served the Remainder of my ~~sex~~ parole in prison while he made porn videos with my ex-wife.

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: _____
   _____

2. **Claim 2**. Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

   ☐ Basic necessities     ☐ Medical care     ☐ Mail

   ☐ Disciplinary proceedings     ☐ Exercise of religion     ☐ Property

   ☐ Access to the court     ☐ Excessive force by officer     ☐ Retaliation

   ☐ Threat to safety     ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: _____.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2.  Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

4

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: _____
   _____

2. **Claim 3**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Medical care     ☐ Mail

   ☐ Disciplinary proceedings     ☐ Exercise of religion     ☐ Property

   ☐ Access to the court     ☐ Excessive force by officer     ☐ Retaliation

   ☐ Threat to safety     ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: _____.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

## E.    PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while incarcerated?    ☐ Yes    ☒No

2.  Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?    ☐ Yes    ☒No

3.  If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"    ☐ Yes    ☒No

## F.    REQUEST FOR RELIEF

I believe I am entitled to the following relief:  $ 100,000,000,000.00
_____
_____
_____
_____
_____
_____

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          _____
(name of person who prepared or helped              (signature of plaintiff)
prepare this complaint if not the plaintiff)

                                          _____
                                                  5-12-25
                                                  (date)

## ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6