UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUASHAWN SHERIDAN,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>ERIC BARTON,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:25-cv-00879-ART-NJK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

*Pro se* Plaintiff Quashawn Sheridan, an inmate in custody of the Nevada Department of Corrections, filed this lawsuit against a New Jersey parole officer in May 2025. (ECF No. 1.) Magistrate Judge Nancy J. Koppe issued a report and recommendation ("R&R") recommending that the case be dismissed with prejudice as frivolous and closed. (ECF No. 3.) Plaintiff did not object.

Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff alleges that in 2011, Defendant, a New Jersey parole officer, conspired with federal informants and federal agents to find that Plaintiff committed a "seat belt violation" to get his parole revoked. (ECF No. 1-1 at 2.) Plaintiff alleges that Defendant also had an affair with his ex-fiancé and used her as a "sex slave" for the purpose of making pornography. (*Id.* at 2–3.) Judge Koppe

recommended that the complaint be dismissed *sua sponte* as frivolous. (ECF No. 3.) Plaintiff has not filed an objection to Judge Koppe's report and recommendation and his time to do so has now expired. (ECF No. 3.)

**Conclusion**

The Court therefore adopts Judge Koppe's report and recommendation (ECF No. 3), except that the case is dismissed without prejudice.

Accordingly, the Court dismisses this action without prejudice. The Clerk of the Court is directed to enter judgment accordingly and close the case.

DATED: August 6, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE